

FILED

2007 MAR 23 PM 12: 44

CLERK U.S. [illegible]
CENTRAL DIST. [illegible]
LOS ANGELES

BY............................

**F I L E D**
Clerk
**District Court**

APR - 5 2007

For The Northern Mariana Islands
By............................
(Deputy Clerk)

MC 07 - 00028

1  David S. Kupetz (CA Bar No. 125062)
   Email:dkupetz@sulmeyerlaw.com
2  Marcus A. Tompkins (CA Bar No. 190922)
   Email:mtompkins@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
5  Telephone: 213.626.2311
   Facsimile: 213.629.4520
6
7  Attorneys for Robert A. Russell,
   an individual, Placer County Land
   Investors, LLC, a California limited
8  liability company, and SVRB Investments,
   LLC, an Arizona limited liability
9  company, Plaintiffs
10
11
12            UNITED STATES DISTRICT COURT
13            CENTRAL DISTRICT OF CALIFORNIA
14
15  Robert A. Russell, an individual,          CV07-01925
    Placer County Land Investors, LLC,         Case No. EDCV07-0343 SGL (JCRx)
16  a California limited liability company,
    and SVRB Investments, LLC, an              **COMPLAINT FOR BREACH OF**
17  Arizona limited liability company          **ORAL CONTRACT, BREACH OF**
                                               **IMPLIED-IN-FACT CONTRACT,**
                        Plaintiffs,            **BREACH OF FIDUCIARY DUTY,**
18                                             **APPOINTMENT OF A RECEIVER**
19        vs.                                  **AND OTHER EQUITABLE RELIEF**
20  USA Investment Partners, LLC, a
    Nevada limited liability company,
21
                        Defendant.
22
23
24
25
26
27
28

[DSK\LIT\513528.1 3/23/2007 (10:03 AM)]

COPY

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

Plaintiffs, Robert A. Russell, an individual, Placer County Land Investors, LLC, a California limited liability company, and SVRB Investments, LLC, an Arizona limited liability company, allege:

## JURISDICTION AND VENUE

1.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) as a result of the diversity of citizenship of the parties.

2.  Venue in the United States District Court for the Central District of California is proper under 28 U.S.C. § 1391(a)(2).

## THE PARTIES

3.  **Plaintiff Placer County Land Investors, LLC** ("Placer"), is a limited liability company organized under the laws of the State of California. The members of Placer are USA Investment Partners, LLC ("USAIP"), Robert A. Russell ("Russell"), and Land & Castle Investments, LLC ("L&CI"). USAIP owns an 88% controlling membership interest in Placer. Russell owns a 10% membership interest in Placer. L&CI owns a 2% membership interest in Placer. Russell has been the manager of Placer. On March 20, 2007, Russell received a letter (the "Removal Letter") from USAIP seeking to replace Russell as manager of Placer with USAIP.

4.  **Plaintiff SVRB Investments, LLC** ("SVRB"), is a limited liability company organized under the laws of the State of Arizona. The members of SVRB are USAIP and Russell. USAIP owns a 50% membership interest in SVRB. Russell owns a 50% membership interest in SVRB. Russell is the manager of SVRB.

5.  **Plaintiff Robert A. Russell**, an individual, is a resident of the State of Arizona.

6.  **Defendant USA Investment Partners, LLC,** is a limited liability company organized under the laws of the State of Nevada. The members of USAIP are Thomas A. Hantges ("Hantges") and Joseph D. Milanowski

[DSK\LIT\513528.1 3/23/2007 (10:03 AM)]

2

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1  ("Milanowski"). Hantges owns a 57% membership interest in USAIP. Milanowski

2  owns a 43% membership interest in USAIP. Milanowski is the manager of USAIP.

3  Hantges and Malinowski are collectively referred to herein as the "Members".

4  ### USAIP ENTERPRISE

5        7.     The primary assets of USAIP are equity interests in entities that

6  own real estate development projects in various stages of development, primarily

7  located in California and substantially located within the judicial district of this

8  Court.

9        8.     Currently, entities affiliated with the members of USAIP are the

10  subject of bankruptcy cases (the "Bankruptcy Cases") pending in the United States

11  Bankruptcy Court for the District of Nevada. These entities include USA

12  Commercial Mortgage Company ("USACM"), USA Capital Realty Advisors, LLC

13  ("USACRA"), USA Securities, LLC ("USAS"), USA Capital First Trust Deed Fund,

14  ("First"), and USA Capital Diversified Trust Deed Fund, LLC ("Diversified"). Prior

15  to the commencement of the Bankruptcy Cases, USAIP had received financial

16  support in the way of transfers and loans from USACM and some of the related

17  entities that are debtors in the Bankruptcy Cases.

18        9.     The primary assets of USAIP include:

19        A.     USAIP owns a 50% membership interest in Ashby USA,

20  LLC ("Ashby"). Ashby is a limited liability company organized under the laws of

21  the State of California. The manager of Ashby is Ashby Development. Ashby owns

22  real property commonly known as Roripaugh Ranch. Roripaugh Ranch is an

23  approximately 800-acre master planned development with approximately 1,800 lots

24  located in the City of Temecula in southwest Riverside County, California.

25  Plaintiffs understand and believe that the project is fully entitled with construction

26  underway.

27        B.     USAIP owns a 50% membership interest in Capital Land

28  Investors, LLC ("CLI") and Random Development, LLC ("RD"). CLI and RD are

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DSK\LIT\513528.1 3/23/2007 (10:03 AM)]

1 limited liability companies organized under the laws of the State of California. The

2 manager of CLI and RD is Jabral Investments, an entity organized under the laws of

3 the State of California. CLI and RD own a real estate project commonly known as

4 Stoneridge. Stoneridge is an approximately 640-acre master planned development

5 with approximately 2,200 lots located in Riverside County, California. The

6 Plaintiffs understand and believe that this project is currently in the entitlement

7 process.

8         C.     USAIP owns a 50% membership interest in Oak Mesa

9 Investors, LLC ("OMI"), and Buffalo Land Development, LLC ("BLD"). The

10 manager of OMI and BLD is Jabral Investments. OMI and BLD own a real estate

11 project commonly known as Oak Valley. Oak Valley is an approximately 1,500-

12 acre master planned development with approximately 3,000 lots located in

13 Calimesa, California.

14         D.     USAIP owns an 88% controlling interest in Placer County

15 Land Investors, LLC, as a non-managing member. Russell is the manager of Placer

16 and owns a 10% membership interest in Placer. Placer owns a real estate project

17 consisting of approximately 325 acres located in Placer County, California. This

18 property is planned for approximately 1,000 residential lots.

19         E.     USAIP owns a 69% membership interest in HMA Sales,

20 LLC ("HMA"). HMA is a limited liability company organized under the laws of the

21 State of Nevada. HMA owned the Royal Hotel, a 228 room hotel located in on

22 approximately 2.5 acres in Las Vegas, Nevada. Plaintiffs understand and believe

23 that the Royal Hotel Property was sold for approximately $29,000,000 pursuant to a

24 transaction that closed in December, 2006.

25         F.     USAIP owns a 55⅔% membership interest in Tanamera

26 Properties, LLC ("Tanamera Properties"), a limited liability company organized

27 under the laws of the State of Nevada. The other members of Tanamera Properties

28 are DDH Financial ("DDH") and B&L Investment ("B&L"). The Manager of

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 · FAX 213.629.4520

1   Tanamera Properties is DDH. Tanamera Properties is an entity that is a holding

2   company for several real estate development entities that own real property located

3   in Nevada.

4         G.     USAIP owns a 50% membership interest in Tanamera

5   Residential Group ("Tanamera Homes"). Tanamera Homes is a name used by

6   several entities that operate as a home building company.

7         H.     USAIP owns a 70% membership interest in Bundy

8   Canyon Land Development, LLC ("Bundy"). Bundy is a limited liability company

9   organized under the laws of the State of California. Bundy owns approximately 175

10   acres of real property between Murrieta, California and Lake Elsinore, California.

11         I.     USAIP owns 100% of the membership interests in USA

12   Investors VI, LLC ("Hotel Zoso"). Hotel Zoso is 165-room hotel property situated

13   on 2.5 acres of leased land at 150 S. Indian Canyon Drive in Palm Springs,

14   California. The Hotel Zoso property is currently under contract for sale. Plaintiffs

15   are informed that, in December, 2006, the debtors in the Bankruptcy Cases filed an

16   involuntary bankruptcy petition against Hotel Zoso.

17         J.     USAIP owns a 55% membership interest in Phillips USA,

18   LLC ("Phillips"). The Phillips Development Company, Inc. ("PDC"), owns a 45%

19   membership interest in Phillips. PDC is the manager of Phillips. Plaintiff is

20   informed and believes that Phillips has entered into agreements to purchase

21   approximately 930 acres of real property located adjacent to the Ortega Highway

22   between San Juan Capistrano, California, and Lake Elsinore, California.

23         K.     USAIP owns a 50% membership interest in Opaque Land

24   Development, LLC ("Opaque"). Unlimited Holdings, Inc. ("Unlimited"), owns the

25   other 50% membership interest in Opaque. Unlimited is the managing member of

26   Opaque. Opaque owns approximately 15 acres of commercial zoned real property

27   located in southwest Las Vegas, Nevada.

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1        L.    USAIP owns a 50% membership interest in Cornman-

2 Toltec, LLC ("Cornman"). Unlimited holds the other 50% membership interest in

3 Cornman. Unlimited is the managing member of Cornman. Cornman owns 160

4 acres of residential real property located in Casa Grande, Arizona.

5        M.    USAIP owns a 50% membership interest in SVRB.

6 SVRB owns approximately 24 acres of real property zoned for commercial-

7 industrial use in the south part of Albuquerque, New Mexico.

8        N.    USAIP owns 100% of the membership interests in Tree

9 Moss, LLC ("Tree"). Tree is a limited liability company organized under the laws

10 of the State of California. Tree owns a 101-room condominium project located on

11 approximately 2.5 acres of leased real property at 140 S. Calle Encilia in Palm

12 Springs, California. Plaintiffs are informed and believe that Tree entered into a

13 Sales, Marketing, and Commission Agreement with a third-party to sell 63 units that

14 it owns at the condominium project. Thereafter, the debtors in the Bankruptcy

15 Cases filed an involuntary bankruptcy petition against Tree in or about December

16 2006.

17        O.    USAIP owns a 50% membership interest in Colt Gateway,

18 LLC ("Colt"). The manager of Colt is America Holdings, Inc. Colt owns real

19 property consisting of approximately 17 acres located in Hartford, Connecticut,

20 where the former Colt Arms Manufacturing Plan was located.

21        P.    USAIP owns a 50% membership interest in Happy Valley,

22 LLC ("Happy"). Happy owns approximately 2 acres of real property located in

23 Palm Springs, California.

24        Q.    USAIP owns 100% of the membership interests in

25 Haspinov, LLC ("Haspinov"). Haspinov owns real property located in Las Vegas,

26 Nevada, upon which is situated on approximately 10,000 square foot office building

27 leased to USACM.

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 · FAX 213.629.4520

1    R.    Plaintiffs are informed and believe that USAIP may hold
2  equity or other interests in various entities not identified above owning real property
3  and/or other assets.

## EXTREME AND EXTRAORDINARY CIRCUMSTANCES

5    10.    Hantges and Milanowski are the subject of an investigation
6  requested by the United States Securities and Exchange Commission (the "SEC")
7  and conducted by the Federal Bureau of Investigation (the "FBI") in connection
8  with the business and operations of USAIP and various related entities.

9    11.    USAIP has substantial liabilities under guarantees of loans made
10  to entities in which USAIP holds a membership interest. USAIP is also obligated to
11  Diversified pursuant to a loan that may amount to as much as $75 million or more.
12  This loan is secured by a general pledge of the membership interests held by
13  USAIP.

14    12.    Over the course of several years, the bulk of the capitalization for
15  USAIP was provided by contributions from USACM. In May, 2006, to the
16  detriment of other creditors of USAIP, including Plaintiffs, USAIP executed a
17  promissory note in favor of USACM and entered a Security Agreement with
18  USACM granting a security interest in a substantial portion of its assets to secure
19  repayment of the promissory note. The amount of this secured claim is in excess of
20  $58,000,000.

21    13.    USAIP is controlled by Hantges and Milanowski. The Members
22  have admitted to Plaintiffs that during the pendency of the ongoing investigation by
23  the SEC and/or the FBI relating to their activities, they have been and will continue
24  to be precluded from effectively managing the operations of USAIP. Plaintiffs
25  understand and believe that the investigation is ongoing.

26    14.    On December 25, 2006, in the adversary proceeding titled USA
27  Commercial Mortgage Company v. HMA Sales, LLC, Adversary No. 06-01256-
28  LBR (the "Adversary Action"), brought in the United States Bankruptcy Court for

Sulmeyer Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DSK\LIT\513528.1 3/23/2007 (10:03 AM)]    7

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   the District of Nevada related to the Bankruptcy Cases jointly administered under

2   Case No. BK-S-06-10725 LBR, and pending in United States Bankruptcy Court for

3   the District of Nevada, Las Vegas Division, the plaintiffs in the Adversary Action

4   filed their Complaint for, inter alia, a Temporary Restraining Order ("TRO")

5   relating to assets of USAIP, and for the appointment of a receiver for an entity

6   (HMA Sales, LLC) 90% owned by USAIP.

7          15.    On January 3, 2007, the Honorable Linda B. Riegle, United

8   States Bankruptcy Judge in the jointly administered Bankruptcy Cases entered the

9   TRO. Plaintiffs are informed and believe that the TRO remains in effect.

10         16.    In their Fifth Claim for Relief contained in the complaint

11  commencing the Adversary Action, the debtors in the Bankruptcy Cases requested

12  the appointment of a receiver for a subsidiary of USAIP. Such relief could not be

13  Ordered by Bankruptcy Judge Riegle since 11 U.S.C. § 105(b) provides that "a court

14  may not appoint a receiver in a case under this title [the Bankruptcy Code]."

15         17.    USAIP has significant unpaid, delinquent obligations, including

16  those owing to Plaintiffs, and unperformed commitments, including those made to

17  Plaintiffs.

18         18.    Parties, including Plaintiffs, with claims against USAIP and/or

19  with equity interests in entities in which USAIP also holds an equity interest face

20  imminent and irreparable harm to their opportunity for recovery on their claims

21  and/or equity interests.

22         19.    The assets of USAIP are at risk as long as USAIP remains under

23  the control of the Members.

24         20.    USAIP is unable to effectively function and the assets of USAIP

25  are diminishing in value as a result of the lack of any party currently in a position to

26  control the direction and operations of USAIP.

27

28

21.    Loans with respect to real estate development projects owned by entities in which USAIP holds membership interests, including entities in which Plaintiffs also hold membership interests, are delinquent.

22.    The Removal Letter received by Placer from USAIP on March 20, 2007, threatens Placer with severe, immediate and irreparable harm.

23.    With its Members under criminal investigation, USAIP is not capable of effectively managing Placer.

24.    Unless control of USAIP is promptly removed from Milanowski and Hantges, Placer and all other creditors of USAIP are faced with severe, immediate and irreparable harm.

25.    Parties, including Plaintiffs, with claims against USAIP and/or with equity interests in entities in which USAIP also holds an equity interest face imminent and irreparable harm to their opportunity for recovery on their claims and/or equity interests.

26.    The assets of USAIP are at risk as long as USAIP remains under the control of the Members.

27.    Various real estate development projects owned by entities in which USAIP owns membership interests, including those in which Plaintiffs also own membership interests, are in need of refinancing.

28.    Lenders have advised Plaintiffs that they will not provide financing to any entity in which equity interests are held by an entity controlled by the Members.

29.    In its current state, USAIP is unable to perform its obligations or meet its commitments to its creditors, including Plaintiffs.

## USAIP's COMMITMENTS AND OBLIGATIONS TO PLAINTIFFS

30.    USAIP made various commitments, promises and agreements to and with Russell and Placer, which they relied upon, and which USAIP has failed to

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  fulfill.  In reliance on these promises, beginning in July 2005, Russell devoted no

2  less than two days of my time per week to the Placer Development.

3          31.  USAIP promised to reimburse all of Russell's expenses incurred

4  in connection with the Placer Development.  In reliance on this promise, Russell

5  incurred expenses amounting to more than $20,000 and USAIP has failed to

6  reimburse Russell's expenses.

7          32.  USAIP represented to Placer that it would ensure that the debt

8  secured by the real property owned by Placer would be paid on a current basis and

9  that all ongoing expenses connected with the real property would also be paid by

10  USAIP.  USAIP has failed to fulfill these promises.

11          33.  The debt secured by the real property owed by Placer is in

12  default, real estate taxes secured by the real property amounting to approximately

13  $290,000 are delinquent, and contributions owing to the Master Plan Association

14  (the "Association") of which Placer is a member are delinquent in an amount

15  exceeding $500,000.

16          34.  Placer relied on the promises of USAIP that it would fund all

17  expenses on a current basis relating to the development of the real property owned

18  by Placer in entering into various consulting arrangements with environmental

19  engineers, wetlands engineers, civil engineers, and other consultants needed in order

20  to develop the real property owned by Placer.  USAIP has failed to fund the

21  payments owing by Placer to these consultants and, as a result, the consultants have

22  stopped work on the real property project owned by Placer and the development

23  process has stalled.  This has caused significant damage to Placer and poses an

24  imminent threat to destroy the development process with regard to the real property

25  owned by Placer.

26          35.  The failure of USAIP to meet its commitments has placed Placer

27  in dire financial straits and has left Placer facing imminent and irreparable harm.

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

36.   Loans secured by the real property owned by Placer are in default, interest is accruing at the default rate, and foreclosure proceedings may be imminent.

37.   If the real estate taxes owing with regard to the real property owned by Placer are not brought current, the property will be eliminated from the overall 5,000 acre master development plan in which the Placer property is currently a participant. The County within which the Placer real property is located will not approve any plans if the taxes are not current and if Placer remains delinquent with regard to its contribution owing to the Association, it can be removed from the Association on that basis as well. If Placer is removed from the Association, then it is virtually assured that any development of the real property owned by Placer will be stalled for a period as long as seven to ten years and that the land will be forced to remain in its current state where it could only be used as farmland.

38.   Having USAIP, under the control of Milanowski and Hantges, as the majority equity holder of Placer has precluded Placer from acquiring any substitute financing that would allow it to address these urgent issues.

39.   Russell has suffered lost profits and other damages as a result of USAIP's failure to fulfill its promises, commitments and obligations and USAIP's breach of its fiduciary obligations with respect to Placer and SVRB in an amount in excess of $5,000,000.

40.   Placer has suffered lost profits and other damages, in an amount in excess of $5,000,000, as a result of USAIP's failure to fulfill its promises, commitments and obligations and USAIP's breach of its fiduciary duty.

41.   SVRB has suffered lost profits and other damages in an amount in excess of $50,000,000 as a result of USAIP's failure to fulfill its promises, commitments and obligations and USAIP's breach of its fiduciary duty.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

## FIRST CAUSE OF ACTION

### (Breach of Oral Contract re Placer)

42.    Plaintiffs hereby incorporate by reference paragraphs 1 to 41 of the Complaint as though fully set forth herein.

43.    USAIP has breached promises and commitments made to and agreements with Placer. These breaches have resulted in damages, lost profits and additional costs to Placer, in a total sum in excess of $5,000,000.

## SECOND CAUSE OF ACTION

### (Breach of Implied Contract re Placer)

44.    Plaintiffs hereby incorporate by reference paragraphs 1 to 43 of the Complaint as though fully set forth herein.

45.    Based on the facts as set forth above, both Placer on the one side, and USAIP, on the other side, understood and agreed that USAIP was obligated to fund the Placer development, thus creating an implied-in-fact contract between the parties (the "Implied Placer Contract").

46.    USAIP breached the implied Placer Contract. Said breach resulted in damages, lost profits and additional costs to Placer in the total sum in excess of $5,000,000.

## THIRD CAUSE OF ACTION

### (Breach of Oral Contract re SVRB)

47.    Plaintiffs hereby incorporate by reference paragraphs 1 to 46 of the Complaint as though fully set forth herein.

48.    USAIP breached promises and commitments to and agreements with SVRB. These breaches resulted in damages, lost profits and additional costs to SVRB, in a total sum in excess of $5,000,000.

[DSK\LIT\513528.1 3/23/2007 (10:03 AM)]                    12

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

## FOURTH CAUSE OF ACTION

### (Breach of Implied SVRB Contract)

49.    Plaintiffs hereby incorporate by reference paragraphs 1 to 48 of the Complaint as though fully set forth herein.

50.    Based on the facts as set forth above, both SVRB on the one side, and USAIP, on the other side, understood and agreed that USAIP was obligated to fund the SVRB development, thus creating an implied-in-fact contract between the parties (the "Implied SVRB Contract").

51.    USAIP breached the Implied SVRB Contract. Said breach resulted in damages, lost profits and additional costs to SVRB in a total sum exceeding $5,000,000.

## FIFTH CAUSE OF ACTION

### (Breach of Oral Contract re Russell)

52.    Plaintiffs hereby incorporate by reference paragraphs 1 to 51 of the Complaint as though fully set forth herein.

53.    USAIP breached promises and commitments to and agreements with Russell. These breaches results in damages, lost profits and additional costs to Russell in an amount in excess of $5,000,000.

## SIXTH CAUSE OF ACTION

### (Breach of Implied Russell Contract)

54.    Plaintiffs hereby incorporate by reference paragraphs 1 to 53 of the Complaint as though fully set forth herein.

55.    Based on the facts set forth above, both Russell on the one side, and USAIP, on the other side, understood and agreed that USAIP was obligated to fund the development of the Placer and SVRB projects and to reimburse Russell for his expenses incurred in connection with said projects, thus creating an implied-in-contract between the parties (the "Implied Russell Contract").

[DSK\LIT\513528.1 3/23/2007 (10:11 AM)]                13

1   56.  USAIP breached the Implied Russell Contract. Said breach

2   resulted in damages, lost profits and additional costs to Russell in a total sum

3   exceeding $5,000,000.

4

5   ## SEVENTH CAUSE OF ACTION

6   ### (Breach of Fiduciary Duty Owed to Placer)

7   57.  Plaintiffs hereby incorporate by reference paragraphs 1 to 41 of

8   the Complaint as though fully set forth herein.

9   58.  USAIP owed a fiduciary duty to Placer. USAIP breached said

10  duty. As a direct result of USAIP's breach of its fiduciary duty owing to Placer,

11  Placer has suffered lost profits, expenses, and other damages in an amount in excess

12  of $5,000,000.

13

14  ## EIGHTH CAUSE OF ACTION

15  ### (Breach of Fiduciary Duty Owed to SVRB)

16  59.  Plaintiffs hereby incorporate by reference paragraphs 1 to 41 of

17  the Complaint as though fully set forth herein.

18  60.  USAIP owed a fiduciary duty to SVRB. USAIP breached said

19  duty. As a direct result of USAIP's breach of its fiduciary duty owing to SVRB,

20  SVRB has suffered lost profits, expenses, and other damages in an amount in excess

21  of $5,000,000.

22

23  ## NINTH CAUSE OF ACTION

24  ### (Breach of Fiduciary Duty Owed to Russell)

25  61.  Plaintiffs hereby incorporate by reference paragraphs 1 to 41 of

26  the Complaint as fully set forth herein.

27  62.  USAIP owed a fiduciary duty to Russell. USAIP breached said

28  duty. As a direct result of USAIP's breach of its fiduciary duty owing to Russell,

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 · FAX 213.629.4520

1 Russell has suffered lost profits, expenses, and other damages in an amount in
2 excess of $5,000,000.

### TENTH CAUSE OF ACTION

### (Appointment of a Receiver and other Injunctive Relief)

63.    Plaintiffs hereby incorporate by reference paragraphs 1 to 41 of the Complaint as fully set forth herein.

64.    The appointment of a receiver for USAIP is appropriate and necessary to preserve and protect the assets of USAIP and the opportunity for recovery for creditors of USAIP.

65.    Injunctive relief connected with the appointment of a receiver for USAIP should be granted in order to protect Plaintiffs and other creditors of USAIP and parties with equity interests in entities in which USAIP also holds an equity interest from real, immediate and irreparable harm to their opportunity for recovery on their claims and/or the preservation and protection of the value of their equity interests.

**WHEREFORE**, Plaintiffs pray for judgment against USAIP as follows:

1.    For compensatory damages owing to Placer for breach of contract, breach of implied-in-fact contract, and breach of fiduciary duty in the sum of not less than $5,000,000;

2.    For compensatory damages owing to SVRB for breach of contract, breach of implied-in-fact contract, and breach of fiduciary duty in the sum of not less than $5,000,000;

3.    For compensatory damages owing to Russell for breach of contract, breach of implied-in-fact contract, and breach of fiduciary duty in the sum of not less than $5,000,000;

4.    For the appointment of a receiver for USAIP and the granting of associated injunctive relief;

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

5.    For interest on compensatory damages as provided by law;

6.    For costs of suit, including reasonable attorneys' fees; and

7.    For such other and further relief as the Court deems just and proper.

DATED: March 25, 2007

Respectfully submitted,

**Sulmeyer**Kupetz
A Professional Corporation

By: _____
    David S. Kupetz
    Attorneys for Robert A. Russell, an
    individual, Placer County Land Investors,
    LLC, a California limited liability
    company, and SVRB Investments, LLC,
    an Arizona limited liability company,
    Plaintiffs

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA: 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DSK\LIT\513528.1 3/23/2007 (10:03 AM)]

16